UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G-MAX MANAGEMENT, INC., *et al.*,

                Plaintiffs,

   v.

STATE OF NEW YORK, *et al.*,

                Defendants.

Case No. 20-CV-634 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

The Parties are to submit proposed briefing schedules for the following Motions by no later than April 30, 2020:

- Motion To Dismiss by the State of New York, Attorney General Letitia James, and Commissioner RuthAnne Visnauskas and Deputy Commissioner Woody Pascal of the New York State Division of Housing and Community Renewal (collectively, "State Defendants")

- Motion To Dismiss by the City of New York (with State Defendants, "Defendants")

- Motion To Intervene by Community Voices Heard and New York Tenants & Neighbors

State Defendants shall submit non-consolidated Motions To Dismiss in this Action and in *Building and Realty Institute of Westchester and Putnam Counties, Inc., et al. v. State of New York, et al.*, No. 19-CV-11285.

SO ORDERED.

DATED:    April 23, 2020
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE