UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

G-MAX MANAGEMENT, INC., 1139 LONGFELLOW, LLC, GREEN VALLEY REALTY, LLC, 66 EAST 190 LLC, 4250 VAN CORTLANDT PARK EAST ASSOCIATES, LLC, 181 W. TREMONT ASSOCIATES, LLC, 2114 HAVILAND ASSOCIATES, LLC, SILJAY HOLDING LLC, 125 HOLDING LLC, JANE ORDWAY, DEXTER GUERRIERI, BROOKLYN 637-240 LLC, and 447-9 16TH LLC,

        Plaintiffs,

  -against-

STATE OF NEW YORK, LETITIA JAMES, in her official capacity as Attorney General of the State of New York, RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal, WOODY PASCAL, in his official capacity as Deputy Commissioner of the New York State Division of Housing and Community Renewal, CITY OF NEW YORK, COUNTY OF WESTCHESTER, and CITY OF YONKERS,

        Defendants,

    and

NEW YORK TENANTS & NEIGHBORS, and COMMUNITY VOICES HEARD,

        Defendants-Intervenors.
------------------------------------------------------------------------x

No. 20-cv-00634 (KMK)

**[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL**

    Upon the Notice of Motion by counsel for Plaintiffs and the accompanying declaration of Akiva Shapiro,

    IT IS HEREBY ORDERED that, satisfactory reasons having been shown, the motion of the law firm of Gibson, Dunn & Crutcher LLP for leave to withdraw as counsel of record for Plaintiffs is hereby GRANTED. The Clerk of Court is directed to terminate the appearances of attorneys Akiva Shapiro and William John Moccia on behalf of Plaintiffs.

1

SO ORDERED:

Honorable Kenneth M. Karas
United States District Judge

Dated: New York, New York

　March 3　, 2023

2