UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING AND REALTY INSTITUTE
OF WESTCHESTER AND PUTNAM
COUNTIES, INC., *et al.*,

        Plaintiffs,

v.

STATE OF NEW YORK, *et al.*,

        Defendants,

and

COMMUNITY VOICES HEARD,

        Defendant-Intervenor.

No. 19-CV-11285 (KMK)

---

G-MAX MANAGEMENT, INC., *et al.*,

        Plaintiffs,

v.

STATE OF NEW YORK, *et al.*,

        Defendants,

NEW YORK TENANTS & NEIGHBORS,
and COMMUNITY VOICES HEARD,

        Defendant-Intervenors.

No. 20-CV-634 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

    The Court granted Defendants' and Defendant-Intervenors' Motions To Dismiss all claims in this case on September 14, 2021. (*See* Dkt. No. 101 (19-CV-11285 Dkt.); Dkt. No. 107 (20-CV-634 Dkt.).) On March 12, 2024, the Second Circuit affirmed the Court's decision to grant those Motions To Dismiss. Accordingly, the Clerk of Court is respectfully directed to close this case, regardless of the timing of any subsequent Mandate issued by the Second Circuit.

SO ORDERED.

Dated: March 31, 2024
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge